No. 97–5832.  FABIAN v. METROPOLITAN DADE COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–5833.  HART v. CONGRESS OF THE UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 97–5837.  LOCKHART v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.  C. A. Fed. Cir. Certiorari denied.

No. 97–5838.  NISCHAN v. CONNECTICUT NATURAL FOOD MARKET, INC.  App. Ct. Conn.  Certiorari denied.

No. 97–5839.  LONG v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–5840.  LEVY v. FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 97–5841.  JACKSON v. JOHNSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 97–5843.  VRETTOS v. CALLAHAN, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 3d Cir.  Certiorari denied.

No. 97–5844.  WOLLESEN v. SACASA.  Ct. Sp. App. Md.  Certiorari denied.

No. 97–5848.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–5853.  SMITH v. SERVA-PORTION, INC.  Sup. Ct. Ohio. Certiorari denied.

No. 97–5856.  ASWEGAN v. EMMETT.  C. A. 8th Cir.  Certiorari denied.

No. 97–5860.  WILLIAMS ET UX. v. STONE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 97–5863.  BUJAN v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.